UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT QUINN,  )  <br>  )  <br>　　　　Plaintiff,  )  <br>  )  <br>　v.  )  <br>  )  <br>CUMBERLAND COUNTY,  )  <br>  )  <br>　　　　Defendant.  )  <br>  ) | **JUDGMENT**  <br><br>5:23-CV-46-BO-RN |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court lacks subject matter jurisdiction over plaintiff's claims as they are barred by the *Rooker-Feldman* doctrine. Defendant's motion to dismiss [DE 11] is therefore GRANTED and plaintiff's complaint is DISMISSED.

This case is closed.

**This judgment filed and entered on October 16, 2023, and served on:**
Walter Bowers (via CM/ECF NEF)
Robert Hasty (via CM/ECF NEF)

October 16, 2023

　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　　 /s/ Lindsay Stouch
　　　　　　　　　　　　　　　　　　　By: Deputy Clerk